# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Forte Automation Systems, Inc., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 14 C 50330 |
| | ) | |
| ProNova Solutions, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

This matter comes before the court on a report and recommendation ("R&R") from the magistrate judge, recommending that this court grant plaintiff's motion to strike defendant's affirmative defense [41] as redundant with its identical counterclaim. In its response to that motion, defendant did not deny the redundancy, but, instead, admitted that the counterclaim and affirmative defense are identical. Defendant also did not address the authority cited by plaintiff that affirmative defenses that are redundant to counterclaims are subject to being stricken. Accordingly, the magistrate judge recommends granting the motion, but also recommends granting defendant fourteen days to amend its answer to include any non-redundant affirmative defenses. Despite being given an opportunity, defendant has not objected to the magistrate judge's recommendation to grant the motion and plaintiff has not objected to the recommended period to amend. Thus, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court agrees with the magistrate judge and accepts the R&R. Plaintiff's motion to strike [41] is granted and defendant's affirmative defense is stricken. Defendant shall have fourteen days from the date of this order to file an amended answer, if it can do so within the confines of Rule 11 and the other federal rules, asserting any affirmative defenses it may have. Defendant need not file anything if it will rest on the current answer's denials and counterclaim.

Date: 5/8/2015

ENTER:

_____

FREDERICK J. KAPALA

District Judge